UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-6016-CR-DIMITROULEAS

42 U.S.C. § 408(a)(4)

MAGISTRATE JUDGE
SNOW

UNITED STATES OF AMERICA,   )
                            )
            Plaintiff,      )
vs.                         )
                            )
LOUIS BOLOGNO,              )
                            )
            Defendant.      )
_____)



FILED by _____ D.C.

JAN 13 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

INDICTMENT

The Grand Jury charges that:

From on or about May 13, 1994 and continuing through in or about March 1999, in Broward County, in the Southern District of Florida, the defendant,

LOUIS BOLOGNO,

having knowledge of the occurrence of an event affecting his continued right to payment under Title II of the Social Security Act, as amended, and the initial and continued right to payment of any other individual in whose behalf he had applied for and was receiving such payment, that is, his employment and earnings during the above time period, did knowingly and willfully conceal



and fail to disclose such event with an intent to fraudulently secure payment in a greater amount than was due and when no payment was authorized, in violation of Title 42, United States Code, Section 408(a)(4).

A TRUE BILL:

_____
FOREPERSON

_____
THOMAS E. SCOTT
UNITED STATES ATTORNEY

_____
KATHLEEN RICE
ASSISTANT UNITED STATES ATTORNEY

| UNITED STATES OF AMERICA | CASE NO. _____ |
|---|---|
| v. | **CERTIFICATE OF TRIAL ATTORNEY*** |
| LOUIS BOLOGNO | **Superseding Case Information:** |

**Court Division**: (Select One)

New Defendant(s) ____ Yes ____ No
Number of New Defendants ____
Total number of counts ____

____ Miami ____ Key West
_X_ FTL ____ WPB ____ FTP

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No) __NO__
   List language and/or dialect _____

4. This case will take __2-3__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                (Check only one)

   | | | | | | |
   |---|---|---|---|---|---|
   | I | 0 to 5 days | _X_ | Petty | | |
   | II | 6 to 10 days | ____ | Minor | | |
   | III | 11 to 20 days | ____ | Misdem. | | |
   | IV | 21 to 60 days | ____ | Felony | _X_ | |
   | V | 61 days and over | ____ | | | |

6. Has this case been previously filed in this District Court? (Yes or No) __NO__
   If yes:
   Judge: _____ Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter? (Yes or No) __NO__
   If yes:
   Magistrate Case No. _____
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the _____ District of _____

   Is this a potential death penalty case? (Yes or No) __No__

7. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999?
   __ Yes _X_ No    If yes, was it pending in the Central Region? __ Yes __ No

_/s/ Kathleen Rice_
KATHLEEN RICE
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 100765

*Penalty Sheet(s) attached                                               REV.4/7/99

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name** LOUIS BOLOGNO        **Case No.** _____

===================================    =============================================

Count #: 1

SOCIAL SECURITY BENEFIT FRAUD

42 U.S.C. § 408(a)(4)

**Max. Penalty:**        5 YEARS' IMPRISONMENT; $250,000 FINE
=====================================================================
Count #:


**Max. Penalty:**
=====================================================================
Count #.


**Max. Penalty:**
=====================================================================
Count #:


**Max. Penalty:**
=====================================================================
Count #:


**Max. Penalty:**
=====================================================================

=====================================================================

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.