# United States District Court

__SOUTHERN__ DISTRICT OF __FLORIDA__

UNITED STATES OF AMERICA

V.

LOUIS BOLOGNO

**WARRANT FOR ARREST**

CASE NUMBER: 00-6016-CR-DIMITROULEAS
MAGISTRATE JUDGE SNOW

TO: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __LOUIS BOLOGNO__
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

[X] Indictment  [ ] Information  [ ] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him or her with (brief description of offense)

SOCIAL SECURITY BENEFITS FRAUD

in violation of Title __42__ United States Code, Section(s) __408(a)(4)__

FILED by ___ D.C.
JAN 13 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

__Clarence Maddox__            __Court Administrator/Clerk of the Court__
Name of Issuing Officer         Title of Issuing Officer

_Denny Butler_ (signature)
Issuing Officer

Bail fixed at $ __75,000 PSB__
Not to be incarcerated

1/13/00 at Fort Lauderdale, Florida
Date and Location

_Lurana S. Snow_ (signature)
LURANA S. SNOW
by __CHIEF MAGISTRATE JUDGE__
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

AO 442 (Rev. 12/85) Warrant for Arrest

