UNITED STATES DISTRICT COURT
Southern District of Florida

U.S. Marshal # SS171-004

UNITED STATES OF AMERICA )
        Plaintiff ) Case Number: CR ~~See~~ 00-6016 CR-Dimi
) REPORT COMMENCING CRIMINAL
-vs- ) ACTION
)
Bologno, Louis Ross )
        Defendant

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

TO: Clerk's Office   MIAMI   **FT. LAUDERDALE**   W. PALM BEACH
U.S. District Court         (circle one)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN
      MAGISTRATES COURT ABOVE
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

All items are to be completed. Information not applicable or unknown will be indicated "N/A".

(1)  Date and Time of Arrest: 1-27-00  11:02 (am)/pm

(2)  Language Spoken: English

(3)  Offense(s) Charged: S.S. Fraud

(4)  U.S. Citizen [✓] Yes  [ ] No  [ ] Unknown

(5)  Date of Birth: 4-1-62

(6)  Type of Charging Document: (check one)
     [✓] Indictment  [ ] Complaint  To be filed/Already filed
     Case# _____

     [ ] Bench Warrant for Failure to Appear
     [ ] Probation Violation Warrant
     [ ] Parole Violation Warrant

     Originating District: S/Fla

     COPY OF WARRANT LEFT WITH BOOKING OFFICER  [ ]YES [ ]NO

Amount of Bond: $75,500 P/S
Who set Bond: Seltzer

(7)  Remarks: Self

(8)  Date: 1-27-00  (9) Arresting Officer: _____

(10) Agency: ~~ss~~ICE  (11) Phone: _____

(12) Comments: _____

