COURT MINUTES
U.S. MAGISTRATE JUDGE BARRY S. SELTZER - FORT LAUDERDALE

| | | | |
|---|---|---|---|
| DEFT: | Louis Bologno (surrender) | CASE NO: | 00-6016-CR-Dimitrouleas |
| AUSA: | Kathleen Rice — present | ATTNY: | Fred Haddad permanent |
| AGENT: | | VIOL: | |
| PROCEEDING: | Initial Appearance | BOND REC: | |

BOND HEARING HELD - (yes)/no    COUNSEL APPOINTED: _____

___ BOND SET @ $75,000 PSB (stipulated)

CO-SIGNATURES: _____

SPECIAL CONDITIONS:

✓ 1) Do not violate any law.
✓ 2) Appear in court as directed.     passport turned over to PTS today
✓ 3) Surrender and/or do not obtain passports/travel documents.
✓ 4) Rpt to PTS as directed /or ___ X's a week/month by phone; ___ X's a week/month in person.
✓ 5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
■ 6) Maintain or seek full-time employment.  (not applicable)
7) Maintain or begin an educational program.
✓ 8) No contact with victims/witnesses.
✓ 9) No firearms.
10) Curfew: _____
✓ 11) Travel extended to: SD/PC
12) ___ Halfway House ___ Electronic Monitoring

Reside at current address, no illegal drugs or excessive alcohol.

Notice of conflict filed by Atty. Haddad in Court

✓ advised of charges.
✓ sworn.

Reading of indictment waived
Not Guilty plea entered
Jury trial demanded
Standing Discovery Order requested

FILED by ___ D.C.
JAN 27 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

NEXT COURT APPEARANCE:    DATE:    TIME:    JUDGE:
INQUIRY RE COUNSEL: _____
PTD/BOND HEARING: _____
PRELIM/ARRAIGN. OR REMOVAL:
STATUS CONFERENCE:    2-11-00    11:00am    Snow

DATE: 1-27-00    TIME: 11:00am    TAPE # 00-009    PG # 2
3715-3900