

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6016-CR-Dimitrouleas

UNITED STATES OF AMERICA

vs

Louis Bologno

ARRAIGNMENT INFORMATION SHEET

The above named Defendant appeared before Magistrate Judge Barry S Seltzer on 1-27-00, where the Defendant was arraigned and a plea of NOT GUILTY was entered. Defendant and court-appointed/retained counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date

DEFENDANT:              Address: SEE BOND
                       _____
                       _____
                       Telephone: _____

DEFENSE COUNSEL:       Name: Fred Haddad
                       Address: _____
                       _____
                       Telephone: _____

BOND SET/CONTINUED:    $ 75,000 PSB

Bond hearing held: yes  X   no ____   Bond hearing set for _____

Dated this  27  day of  January , 20 00 .

CLARENCE MADDOX
COURT ADMINISTRATOR/ CLERK

By: _____
    Deputy Clerk

Tape No. 00-009

cc: Clerk for Judge
    U. S. Attorney

