UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA



CASE NO. 00-6016CR-DIMITROULEAS

UNITED STATES OF AMERICA,
    Plaintiff,

vs.

LOUIS BOLOGNA,
    Defendant.
_____/

## NOTICE OF CONFLICT

COMES NOW the Defendant, Louis Bologna, through counsel undersigned and gives Notice of Conflict to the Court and would request that this matter not be scheduled between the period listed below:

1. The undersigned hereby notifies this Court of his absence from the jurisdiction from February 21, 2000 through February 25, 2000.

2. The undersigned will be attending a criminal law seminar in New Orleans and also visiting his daughter, who attends college at Tulane University in New Orleans, to celebrate her nineteenth birthday.

3. All plane reservations, hotel reservations and the like have long been made.

4. That due to the above conflicts, the undersigned would request that this matter not be scheduled in the above referenced time frame.

I HEREBY CERTIFY that a copy of the foregoing has been furnished to the Office of the United States Attorney, 299 E. Broward Blvd, Fort Lauderdale, Florida 33301, this 27th day of January, 2000.

                        HADDAD & HESTER, P.A.
                        One Financial Plaza
                        Suite 2612
                        Fort Lauderdale, Florida 33394
                        [954] 467-6767

                        By: _____
                            FRED HADDAD
                            Florida Bar No. 180891

