UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6016CR-DIMITROULEAS

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

LOUIS BOLOGNA,

    Defendant.
_____/

## APPEARANCE AS ATTORNEY OF RECORD

TO THE CLERK OF THE ABOVE COURT:

You will please enter my appearance this date as attorney of record for the Defendant aforesaid in the above-styled cause.

I HEREBY CERTIFY that a copy of the foregoing has been furnished to the Office of the United States Attorney, 299 E. Broward Blvd, Fort Lauderdale, Florida 33301, this 27 day of January, 2000.

HADDAD & HESTER, P.A.
One Financial Plaza
Suite 2612
Fort Lauderdale, Florida 33394
[954] 467-6767

By: _____
FRED HADDAD
Florida Bar No. 180891

