# United States District Court

SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

V.

LOUIS BOLOGNO

**WARRANT FOR ARREST**

CASE NUMBER: 00-6016-CR-DIMITROULEAS
MAGISTRATE JUDGE SNOW

TO: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __LOUIS BOLOGNO__
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

| X | Indictment | | Information | | Complaint | | Order of court | | Violation Notice | | Probation Violation Petition |

charging him or her with (brief description of offense)

SOCIAL SECURITY BENEFITS FRAUD

in violation of Title __42__ United States Code, Section(s) __408(a)(4)__

Clarence Maddox
**Name of Issuing Officer**

Denny Butler
Issuing Officer

Bail fixed at $ __75,000 PSB__
Not to be incarcerated

Court Administrator/Clerk of the Court
**Title of Issuing Officer**

1/13/00 at Fort Lauderdale, Florida
Date and Location

Lurana S. Snow
LURANA S. SNOW
by __CHIEF MAGISTRATE JUDGE__
Name of Judicial Officer

## RETURN

This warrant was received and executed with the arrest of the above named defendant at
Ft. Lauderdale, FL

| DATE RECEIVED 1/13/2000 | NAME AND TITLE OF ARRESTING OFFICER James A. Tassone, US Marshal | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 1/27/2000 | FOR: SSA | Fred Depompa, SDUSM |

AO 442 (Rev. 12/85) Warrant for Arrest

