HONORABLE MAGISTRATE JUDGE LURANA S. SNOW

STATUS CONFERENCE

(USM do not bring defendants for status hearing)

DEFT __LOUIS BOLOGNO__ CASE NO: __00-6016-CR-DIMITROULEAS__

AUSA __KATHLEEN RICE /Mitrani__ ATTY __FRED HADDAD__ pres

*Disc out - motions due 2/08*
*possible plea*

@ 174

DEFT __BRYAN MADERVILLE__ CASE NO: __99-8170-CR-FERGUSON__

AUSA __ELLEN COHEN /Mitrani__ ATTY __FRANK RUBIO__ - pres

*Disc out - trial set 3-13*
*motions due 3-6*

@ 235

DEFT _____ CASE NO: _____

AUSA _____ ATTY _____

DEFT _____ CASE NO: _____

AUSA _____ ATTY _____

DEFT _____ CASE NO: _____

AUSA _____ ATTY _____

DEFT _____ CASE NO: _____

AUSA _____ ATTY _____

DATE __2-11-00__     TIME __11:00__

FILED by D.C. FEB 11 2000 CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. OF FLA. FT. LAUD.