UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-6016-DIMITROULEAS

UNITED STATES OF AMERICA,              :

        Plaintiff,                    :

v.                                     :

LOUIS BOLOGNO,                         :

        Defendant.                    :
_____

### STATUS REPORT

    A status conference was held in this cause on February 11, 2000. At that conference, the parties informed the Court as follows:

    1. Discovery was sent out on February 9, 2000. Counsel for the defendant shall have until February 28, 2000, within which to file pretrial motions.

    2. This case likely will be resolved by way of a plea.

    DATED at Fort Lauderdale, Florida, this 11th day of February, 2000.

                                          _____
                                          LURANA S. SNOW
                                    CHIEF UNITED STATES MAGISTRATE JUDGE

Copies to:

AUSA Kathleen Rice (FTL)
Fred Haddad, Esq.

