UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6016CR-DIMITROULEAS

UNITED STATES OF AMERICA,
    Plaintiff,

-vs-

LOUIS BOLOGNA,
    Defendant.
_____/

## MOTION FOR PERMISSION TO TRAVEL

COMES NOW the Defendant, Louis Bologna, by the undersigned counsel and makes this Motion for Permission to Travel and as grounds would state:

1.    The Defendant is released on bail and has at all times complied with all condition of his release.

2.    The Defendant wishes to travel to Orlando from March 3, 2000 through March 5, 2000 for Bike Week for a personal vacation.

3.    The Defendant will stay with a friend and will be available 24 hours a day on his cell phone, 954-224-8034.

4.    The undersigned's office has spoken with Gavin Churchill of Pre-Trial Services who has indicated that he has no objection to the Defendant's travel plans. Kathleen Rice, Assistant United States Attorney, was not available for comment as to her position.

WHEREFORE the Defendant requests this Motion be granted.



I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished to Kathleen Rice, Esq., Office of the United States Attorney, 500 E. Broward Blvd., 7th Floor, Fort Lauderdale, Florida 33301 and Gavin Churchill, Pre-Trial Services, 299 E. Broward Blvd., Fort Lauderdale, Florida 33301, this 24th day of February, 2000.

HADDAD & HESTER, P.A.
One Financial Plaza, Suite 2612
Fort Lauderdale, Florida 33394
Tel: (954) 467-6767

By: _____
FRED HADDAD
Florida Bar Number 180891