UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6016CR-DIMITROULEAS

UNITED STATES OF AMERICA,
    Plaintiff,

vs.

LOUIS BOLOGNA,
    Defendant.
_____/



## ORDER

THIS CAUSE having come before the Court on the Defendant's **MOTION FOR PERMISSION TO TRAVEL,** and the Court having been duly advised, it is hereby

ORDERED AND ADJUDGED that said Motion is hereby Granted and the Defendant is hereby permitted to travel from March 3, 2000 through March 5, 2000.

DONE AND ORDERED in Fort Lauderdale, Florida, this 25 day of February, 2000.

                                                                      Magistrate/District Judge

copies furnished counsel

