## CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**



FILED by _____ D.C.
MAR 03 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CASE NUMBER: 00-6016-CR-WPD   DATE: March 3, 2000

COURTROOM CLERK: Karen A. Carlton   COURT REPORTER: Bob Ryckoff

PROBATION: _____   INTERPRETER: _____

UNITED STATES OF AMERICA  VS.  Louis Bologna

U.S. ATTORNEY: Kathleen Rice   DEFT. COUNSEL: Ned Haddad

REASON FOR HEARING: Calendar Call / Status Conf.

RESULT OF HEARING: Deft's m/Continue granted. Court resets trial period. The time from today until trial is deemed excludable. Court grants oral motion to remove drug testing as a condition of bond. Haddad to submit order.

JUDGMENT: _____

CASE CONTINUED TO: 3/24/00   TIME: 9:00   FOR: Cal Call
MISC: 3/27/00   9:00   trial period

