UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6016CR-DIMITROULEAS

UNITED STATES OF AMERICA,
    Plaintiff,

-vs-

LOUIS BOLOGNA,
    Defendant.
_____/



## MOTION FOR PERMISSION TO TRAVEL

COMES NOW the Defendant, Louis Bologna, by the undersigned counsel and makes this Motion for Permission to Travel and as grounds would state:

1. The Defendant is released on bail and has at all times complied with all condition of his release.

2. The Defendant wishes to take a one week vacation from March 20, 2000 to March 27, 2000 to go on a Disney Cruise with his son from Cape Canaveral to Nassau, Bahamas and back.

3. Gavin Churchill, Pre-Trial Services, and Kathleen Rice, Assistant United States Attorney, have both indicated that they have no objection to the granting of this Motion.

WHEREFORE the Defendant requests this Motion be granted.

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished to Kathleen Rice, Esq., Office of the United States Attorney, 500 E. Broward Blvd., 7th Floor, Fort Lauderdale, Florida 33301 and Gavin Churchill, Pre-Trial Services, 299 E. Broward Blvd., Fort Lauderdale, Florida 33301, this 7th day of March, 2000.

                HADDAD & HESTER, P.A.
                One Financial Plaza, Suite 2612
                Fort Lauderdale, Florida 33394
                Tel: (954) 467-6767

                By: _____
                     FRED HADDAD
                     Florida Bar Number 180891

