UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6016CR-DIMITROULEAS

UNITED STATES OF AMERICA,
        Plaintiff,

vs.

LOUIS BOLOGNO,
        Defendant.
_____/



FILED by _____ D.C.

MAR 09 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

### ORDER

THIS CAUSE having come before the Court on the Defendant's **MOTION FOR PERMISSION TO TRAVEL,** and the Court having been duly advised, it is hereby

ORDERED AND ADJUDGED that said Motion is hereby Granted and the Defendant shall be permitted to take a one week vacation from March 20, 2000 to March 27, 2000 to go on a Disney Cruise with his son from Cape Canaveral to Nassau, Bahamas and back.

DONE AND ORDERED in Fort Lauderdale, Florida, this ___9___ day of March, 2000.

                                                                  Magistrate/District Judge

copies furnished counsel

Kathleen Rice, Esq.
Ned Haddad, Esq.
Pre-Trial Services

