UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6016CR-DIMITROULEAS

UNITED STATES OF AMERICA,
    Plaintiff,

vs.

LOUIS BOLOGNO,
    Defendant.
_____/

FILED by _____ D.C.
MAR 13 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## ORDER

THIS CAUSE having come before the Court on the Defendant's **MOTION TO WAIVE MANDATORY DRUG TESTING,** and the Court having been duly advised, it is hereby

ORDERED AND ADJUDGED that said Motion is hereby Granted and the Defendant no longer must submit to random urine drug testing as a condition for release.

DONE AND ORDERED in Fort Lauderdale, Florida, this 13 day of March, 2000.

_____
Magistrate/District Judge

copies furnished counsel

cc: Matthew Rice, AUSA
    Ted Haddad, Esq.
    US pretrial Services