UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA



UNITED STATES OF AMERICA

V.    CASE NO. 00-6016-CR-DIMITROULEAS

LOUIS BOLOGNO

TYPE OF CASE:    CRIMINAL

TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN **SET** AS FOLLOWS:

PLACE:
299 E. BROWARD BLVD.         COURTROOM 203E
FT. LAUDERDALE, FL 33301     DATE & TIME:
                             **MARCH 29, 2000 AT 1:00 P.M.**

TYPE OF        CHANGE OF PLEA
HEARING:

                             CLARENCE MADDOX,
                             CLERK OF COURT

DATE: March 14, 2000         BY DEPUTY CLERK

cc: Kathleen Rice, AUSA
    Fred Haddad, Esq.

