UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6016CR-DIMITROULEAS

UNITED STATES OF AMERICA,
     Plaintiff,

-vs-

LOUIS BOLOGNA,
     Defendant.
_____/

## MOTION FOR CONTINUANCE

COMES NOW the Defendant, Louis Bologna, by the undersigned counsel and makes this Motion for Continuance and as grounds would state:

1.     This matter is currently scheduled for Calendar Call on March 24, 2000.

2.     The undersigned will be out of town March 23, 2000 and March 24, 2000 attending a family wedding.

3.     A plea agreement has been signed resolving this case.

4.     A Change of Plea hearing has been scheduled for March 29, 2000, therefore, a Calendar Call hearing is not necessary. The undersigned and the Defendant would request that the Calendar Call be taken off the docket.

5.     Kathleen Rice, Assistant United States Attorney, has indicated that she has no objection to the granting of this motion.

WHEREFORE the Defendant requests this Motion be granted.



I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished to

Kathleen Rice, Esq., Office of the United States Attorney, 500 E. Broward Blvd., 7th Floor, Fort

Lauderdale, Florida 33301 and Gavin Churchill, Pre-Trial Services, 299 E. Broward Blvd., Fort

Lauderdale, Florida 33301, this ___16___ day of March, 2000.

> HADDAD & HESTER, P.A.
> One Financial Plaza, Suite 2612
> Fort Lauderdale, Florida 33394
> Tel: (954) 467-6767
>
> By:_____
>        FRED HADDAD
>        Florida Bar Number 180891