UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6016CR-DIMITROULEAS

UNITED STATES OF AMERICA,
    Plaintiff,

vs.

LOUIS BOLOGNO,
    Defendant.
_____/

FILED by ____ D.C.
MAR 17 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## ORDER

THIS CAUSE having come before the Court on the Defendant's **MOTION FOR CONTINUANCE** (DE-25), and the Court having been duly advised, it is hereby

ORDERED AND ADJUDGED that said Motion is hereby Granted.

_Status conference set for March 29, 2000 at 1:00 PM._

DONE AND ORDERED in Fort Lauderdale, Florida, this 17 day of March, 2000.

William Dimitrouleas
~~Magistrate~~/District Judge

CC:   Fred Haddad, Attorney for Defendant
       Kathleen Rice, Esq., Assistant United States Attorney
       Gavin Churchill, Pre-Trial Service

