# CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**



FILED by _____ D.C.
MAR 30 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CASE NUMBER: 00-6016-CR-WPD            DATE: March 30, 2000

COURTROOM CLERK: Karen A. Carlton     COURT REPORTER: Bob Ryckoff

PROBATION: _____              INTERPRETER: _____

UNITED STATES OF AMERICA      VS.    Louis Bologne

U.S. ATTORNEY: Roben Rosenbaum / Kathleen Rice    DEFT. COUNSEL: Fred Haddad, Esq.

REASON FOR HEARING: Change of plea

RESULT OF HEARING: Deft sworn and questioned by Court
Deft to enter guilty plea
Court accepts guilty plea.

JUDGMENT: _____

CASE CONTINUED TO: 6/7/00      TIME: 1:00      FOR: Sentencing
MISC: Written plea agreement filed

