UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 00-6016CR-DIMITROULEAS

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

LOUIS BOLOGNO,
        Defendant.

_____/



### NOTICE OF ABSENCE

        COMES NOW undersigned counsel for the Defendant hereby gives Notice that he will be unavailable and out of the Country from July 28, 2000 through August 14, 2000. The undersigned and his wife will be spending their 20th Anniversary in Europe. All hotel and flight reservations are pre-paid and non-refundable. The undersigned would also advise of a family vacation from June 26, 2000 through July 7, 2000.

        Notice is given three (3) months early in advance so that any scheduling conflicts will be known.

        I HEREBY CERTIFY that a copy of the foregoing has been furnished to the Office of the United States Attorney, 299 E. Broward Blvd, Fort Lauderdale, Florida 33301, this 26th day of April, 2000.

                        HADDAD & HESTER, P.A.
                        One Financial Plaza, Suite 2612
                        Fort Lauderdale, Florida 33394
                        Tel: (954) 467-6767

                        By:_____
                             FRED HADDAD
                             FBN: 180891

