UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6016CR-DIMITROULEAS

UNITED STATES OF AMERICA,
    Plaintiff,

vs.

LOUIS BOLOGNA,
    Defendant.
_____/

## NOTICE OF OBJECTION TO PRESENTENCE REPORT

COMES NOW the Defendant aforesaid by counsel undersigned and gives Notice of Objection to the PreSentence Report and states:

1. The Defendant objects to the enhancement in paragraph 17 that more than minimal planning was involved. The Defendant acted alone in a very simplistic unsophisticated fraud, as recognized also by the plea agreement (page 3 at paragraph 8(b)). Thus the base offense level should be level eight.

2. The Defendant objects to paragraphs 36 and 32 and the 2 points for criminal history as the entire matter was one episode so only one point should be assessed and a concomitant one point reduction in the criminal history category.

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished to Kathleen Rice, Esq., Office of the United States Attorney, 500 E. Broward Blvd., 7th Floor, Fort Lauderdale, Florida 33301 and Gavin Churchill, Pre-Trial Services, 299 E. Broward Blvd., Fort Lauderdale, Florida 33301, this ____ day of May, 2000.

HADDAD & HESTER, P.A.
One Financial Plaza, Suite 2612
Fort Lauderdale, Florida 33394
Tel: (954) 467-6767

By: _____
    FRED HADDAD
    Florida Bar Number 180891