**CRIMINAL MINUTES**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

CASE NUMBER: 00-6016-CR-WPD    DATE: June 7, 2000

COURTROOM CLERK: Karen A. Carlton    COURT REPORTER: Bob Ryckoff

PROBATION: _Denise_    INTERPRETER: _____

UNITED STATES OF AMERICA    VS.    _Louis Bologno_

U.S. ATTORNEY: _Jeffrey Kaplan_    DEFT. COUNSEL: _Fred Haddad_

REASON FOR HEARING: _Sentencing_

RESULT OF HEARING: _Sentence imposed;_
_5 years probation with the first 6 months_
_being spent in home confinement w/electric_
_monitoring._
_Restitution in the amount of $31,307.90_
_less any amounts already paid. $100.00 Assessment._

JUDGMENT: _____

CASE CONTINUED TO: _____ TIME: _____ FOR: _____

MISC: _Deft informed of Right to appeal._