# United States District Court

## Southern District of Florida

UNITED STATES OF AMERICA

v.

**LOUIS BOLOGNO**

### JUDGMENT IN A CRIMINAL CASE

(For Offenses Committed On or After November 1, 1987)

Case Number:  **0:00CR06016-001**

**Fred Haddad, Esq./Kathleen Rice, AUSA**

Defendant's Attorney

### THE DEFENDANT:

☒ pleaded guilty to count(s)  **1**

☐ pleaded nolo contendere to count(s) _____
which was accepted by the court.

☐ was found guilty on count(s) _____
after a plea of not guilty.

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 42 U.S.C. § 408 (a)(4) | Failure to Disclose Employment and Earnings to the Social Security Administration | 03/31/1999 | 1 |

The defendant is sentenced as provided in pages 2 through __6__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____

☐ Count(s) _____ (is)(are) dismissed on the motion of the United States.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

| | |
|---|---|
| Defendant's Soc. Sec. No.: **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** | 06/07/2000 |
| Defendant's Date of Birth: **04/01/1962** | Date of Imposition of Judgment |
| Defendant's USM No.: **55171-004** | |
| Defendant's Residence Address: | |
| **4500 NW 67th Terrace** | Signature of Judicial Officer |
| **Lauderhill** **FL** **33319** | **WILLIAM P. DIMITROULEAS** |
| | **UNITED STATES DISTRICT JUDGE** |
| Defendant's Mailing Address: | Name & Title of Judicial Officer |
| **4500 NW 67th Terrace** | |
| **Lauderhill** **FL** **33319** | Date |





No further action required by
the U.S. Marshals Service.

UNITED STATES MARSHAL

SDUSM