# United States District Court

**for**

### SOUTHERN DISTRICT OF FLORIDA

### Petition for Warrant for Offender Under Supervision

Name of Offender: Louis Bologno                Case Number: 00-6016-CR-Dimitrouleas

Name of Sentencing Judicial Officer: The Honorable William P. Dimitrouleas, Judge, United States District Court, Fort Lauderdale, Florida

Date of Original Sentence: June 7, 2000

Original Offense:     Count 1: Failure to Disclose Employment and Earnings to the Social Security Administration, in violation of Title 42, U.S.C. § 408(a)(4), a Class "D" felony.

Original Sentence:     Five (5) years probation.
Special Conditions require: (1) the defendant to participate in the Home Confinement/Electronic Monitoring Program for a period of six months; (2) the defendant shall also participate in an approved treatment program for drug and/or alcohol abuse as directed by the U.S. Probation Officer; (3) the defendant shall not incur any further debt, including but not limited to, loans, lines of credit, or credit card charges, either as principal or cosigner, as an individual or through any corporate entity, without first obtaining permission from the U.S. Probation Officer; (4) the defendant shall provide complete access to financial information, including disclosure of all business and personal finances to the U.S. Probation Officer.

Type of Supervision: Probation                Date Supervision Commenced: June 7, 2000

Assistant U.S. Attorney:                      Defense Attorney:
Kathleen Rice                                 Fred Haddad

## PETITIONING THE COURT

[X]    To issue a warrant

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1. | **VIOLATION OF MANDATORY CONDITION,** by unlawfully **possessing or using a controlled substance.** On or about January 12, |



# United States District Court

for

## SOUTHERN DISTRICT OF FLORIDA

### Petition for Warrant for Offender Under Supervision

Name of Offender: Louis Bologno          Case Number: 00-6016-CR-Dimitrouleas

2001, the probationer submitted a urine specimen, which tested positive for the presence of Cocaine in our local laboratory. The urine specimen was confirmed positive by PharmChem Laboratories, Incorporated.

U.S. Probation Officer Recommendation:

[X] The term of supervision should be
[X] revoked.

Respectfully submitted,

by

David L. Sutherland
U.S. Probation Officer
Date: February 9, 2001

DLS:cal

Reviewed by: _____
Carolyn M. Gamble, Supervising
U.S. Probation Officer

THE COURT ORDERS:

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Submit a Request for Modifying the Conditions or Term of Supervision

Signature of Judicial Officer

February 13, 2001
Date