PROB 19

# UNITED STATES DISTRICT COURT

for

## SOUTHERN DISTRICT OF FLORIDA

Certified to be a true and correct copy of the document on file Clarence Maddox, Clerk, U.S. District Court Southern District of Florida By _____ Deputy Clerk Date 02-15-01

U.S.A. vs **LOUIS BOLOGNO**

Docket No. 00-6016-CR-Dimitrouleas
SD/FL PACTS No. 62582

TO:[1] **ANY U.S. MARSHAL OR AUTHORIZED REPRESENTATIVE**

### WARRANT FOR ARREST OF PROBATIONER

You are hereby commanded to arrest the within-named probationer and bring him or her, forthwith, before the United States District Court to answer charges that he or she violated the conditions of his or her probation imposed by the court.

| NAME OF PROBATIONER | SEX | RACE | AGE |
|---|---|---|---|
| Louis Bologno | Male | White | 38 |

ADDRESS (STREET,CITY,STATE)
4500 NW 67 Terrace, Lauderhill, Florida, 33319

| PROBATION IMPOSED BY (NAME OF COURT) | DATE IMPOSED |
|---|---|
| UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA | 6/7/2000 |

TO BE BROUGHT BEFORE (NAME OF COURT,CITY,STATE)
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE, FLORIDA

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| Clarence Maddox | | FEB 1 5 2001 |

### RETURN

**Warrant received and executed.**

| DATE RECEIVED | DATE EXECUTED |
|---|---|
| | |

EXECUTING AGENCY (NAME AND ADDRESS)

| NAME | (BY) | DATE |
|---|---|---|
| | | |

[1] Insert designation of officer to whom the warrant is issued. e.g. "any United States Marshal or any other authorized officer;" or "United States Marshal for _____, District of _____, or "any United States Marshal," or "any Special Agent of the Federal Bureau of Investigation." or "any United States Marshal or any Special Agent of the Federal Bureau of Investigation;" or "any agent of the Alcohol Tax Unit."