FILED by _____ D.C.
INTAKE

FEB 2 1 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - FT. LAUD.

UNITED STATES DISTRICT COURT
Southern District of Florida

U.S. Marshal # 55171-004

UNITED STATES OF AMERICA )
            Plaintiff    )   Case Number: CR 00-CR-6016-WPD
                         )   REPORT COMMENCING CRIMINAL
    -vs-                 )   ACTION
                         )
LOUIS ROSS BOLOGNO       )
            Defendant

TO: Clerk's Office    MIAMI    (FT. LAUDERDALE)    W. PALM BEACH
    U.S. District Court         (circle one)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN
      MAGISTRATES COURT ABOVE

All items are to be completed. Information not applicable or
unknown will be indicated "N/A". SELF SURR.

(1) Date and Time of Arrest: 2-21-00            am/pm

(2) Language Spoken: ENGLISH

(3) Offense(s) Charged: VIOLATION SUPERVISED RELEASE

(4) U.S. Citizen [X] Yes    [ ] No    [ ] Unknown

(5) Date of Birth: 4-1-62

(6) Type of Charging Document: (check one)
    [ ] Indictment    [ ] Complaint    To be filed/Already filed
    Case# _____

    [ ] Bench Warrant for Failure to Appear
    [X] Probation Violation Warrant
    [ ] Parole Violation Warrant

    Originating District: SD/FL

    COPY OF WARRANT LEFT WITH BOOKING OFFICER  [ ] YES [ ] NO

Amount of Bond: $ _____
Who set Bond: _____

(7) Remarks: _____

(8) Date: 2-21-00    (9) Arresting Officer: _____

(10) Agency: _____    (11) Phone: _____

(12) Comments: _____