COURT MINUTES

U.S. MAGISTRATE JUDGE BARRY S. SELTZER - FORT LAUDERDALE

DEFT: LOUIS BOLOGNO (surrender)   CASE NO: 6016 00-6106-CR-Dimitrouleas
AUSA: Kathleen Rice /Licoba   ATTNY: Fred Haddad present
AGENT: USPO: Dave Sutherland present   VIOL: Violation of Supervised Release
PROCEEDING: Initial Appearance on Violation   BOND REC: PTD

BOND HEARING HELD (yes/no)   COUNSEL APPOINTED:
BOND SET @ $100,000 PSB
CO-SIGNATURES: father by Friday
SPECIAL CONDITIONS:

FILED by D.C. INTAKE
FEB 21 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - FT. LAUD.

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents. — surr passport by Friday
4) Rpt to USPO as directed /or ___ x's a week/month by phone; ___ x's a week/month in person.
5) Random urine testing by USPO Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew:
11) Travel extended to: SD/FL
12) Halfway House
    Electronic Monitoring

reside at current address, no illegal drugs or excessive alcohol

X - advised of charge
X - sworn

NEXT COURT APPEARANCE:   DATE:   TIME:   JUDGE:
INQUIRY RE COUNSEL:
PTD/BOND HEARING:
PRELIM/ARRAIGN. OR REMOVAL:
STATUS CONFERENCE:

+ Final Revocation hrg before Judge Dimitrouleas USPO to contact chambers

DATE: 2-21-01   TIME: 11:00am   TAPE # 01- 009   PG #

222-500...