# UNITED STATES DISTRICT COURT

for

## SOUTHERN DISTRICT OF FLORIDA

U.S.A. vs **LOUIS BOLOGNO**  Docket No. 00-6016-CR-Dimitrouleas

SD/FL PACTS No. 62582

TO:[1] **ANY U.S. MARSHAL OR AUTHORIZED REPRESENTATIVE**

### WARRANT FOR ARREST OF PROBATIONER

You are hereby commanded to arrest the within-named probationer and bring him or her, forthwith, before the United States District Court to answer charges that he or she violated the conditions of his or her probation imposed by the court.

| NAME OF PROBATIONER | SEX | RACE | AGE |
|---|---|---|---|
| Louis Bologno | Male | White | 38 |

| ADDRESS (STREET, CITY, STATE) |
|---|
| 4500 NW 67 Terrace, Lauderhill, Florida, 33319 |

| PROBATION IMPOSED BY (NAME OF COURT) | DATE IMPOSED |
|---|---|
| UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA | 6/7/2000 |

| TO BE BROUGHT BEFORE (NAME OF COURT, CITY, STATE) |
|---|
| UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA FORT LAUDERDALE, FLORIDA |

| CLERK | BY DEPUTY CLERK | DATE |
|---|---|---|
| Clarence Maddox | | FEB 1 5 2001 |

### RETURN

| | DATE RECEIVED | DATE EXECUTED |
|---|---|---|
| **Warrant received and executed.** | 2/15/01 | 2/21/01 |

| EXECUTING AGENCY (NAME AND ADDRESS) |
|---|
| USMS, Ft. Lauderdale, FL |

| NAME James A. Tassone, U.S. Marshal Southern District of Florida | (BY) Edward Purchase, SDUSM | DATE 2/21/01 |
|---|---|---|

[1] Insert designation of officer to whom the warrant is issued, e.g. "any United States Marshal or any other authorized officer;" or "United States Marshal for _____ District of _____;" or "any United States Marshal;" or "any Special Agent of the Federal Bureau of Investigation;" or "any United States Marshal or any Special Agent of the Federal Bureau of Investigation;" or "any agent of the Alcohol Tax Unit."