UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA



UNITED STATES OF AMERICA

V.   CASE NO. 00-6016-CR-DIMITROULEAS

LOUIS BOLOGNO

---

TYPE OF CASE:   CRIMINAL

TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN **SET** AS FOLLOWS:

---

PLACE:
299 E. BROWARD BLVD.            COURTROOM 203E
FT. LAUDERDALE, FL 33301        DATE & TIME:
                                **March 12, 2001 AT 1:00 P.M.**

---

TYPE OF         Status Conference on Probation Violation
HEARING:

CLARENCE MADDOX,
CLERK OF COURT

DATE: February 26, 2001              BY DEPUTY CLERK

cc:   Kathleen Rice, AUSA
      Fred Haddad, Esq.
      Dave Sutherland, USPO