## CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE WILLIAM P. DIMITROULEAS

FILED by _____ D.C.
MAR 1 2 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CASE NUMBER: 00-6016-CR-WPD        DATE: March 12, 2001

COURTROOM CLERK: Karen A. Carlton    COURT REPORTER: Bob Ryckoff

PROBATION: David Sutherland    INTERPRETER: _____

UNITED STATES OF AMERICA    VS.    Louis Bologno

U.S. ATTORNEY: Kathleen Rice    DEFT. COUNSEL: Fred Haddad

REASON FOR HEARING: Status Conf. on Probation Violation

RESULT OF HEARING: Deft denies the allegation and counsel requests an evidentiary hearing.

CASE CONTINUED TO: 4/6/01    TIME: 1:00    FOR: Final Hearing on violation

MISC: _____