
**CRIMINAL MINUTES**

FILED APR 6 2001 CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

CASE NUMBER: 00-6016-CR-WPD  DATE: April 6, 2001

COURTROOM CLERK: Karen A. Carlton   COURT REPORTER: Bob Ryckoff

PROBATION: Dae Sutherland   INTERPRETER: _____

UNITED STATES OF AMERICA  vs. Louis Bologno

U.S. ATTORNEY: Kirsten Price / Bara Washington   DEFT. COUNSEL: Ned Haddad

REASON FOR HEARING: Final Revocation on Probation Violation

RESULT OF HEARING: Deft. Enters a "no-contest" plea

Probation is modified as follows:
4 months home confinement w/ Electronic Monitoring the cost of the electronic monitoring is waived. All other aspects previously imposed are continued.

CASE CONTINUED TO: _____  TIME: _____  FOR: _____

MISC: W/ Daniel Franco, psychologist
Deft Informed of Right to Appeal.