UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE No. 00-6016-CR-DIMITROULEAS

UNITED STATES OF AMERICA

VS.

LOUIS BOLOGNO
SS# 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
DOB: 04/01/1962

JUDGMENT & COMMITMENT UPON
REVOCATION OF PROBATION

APR 9 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT
S.D. OF FLA. FT. LAUD

THIS CAUSE came before the Court on the 6th day of April, 2001 for final hearing for the revocation of the defendant's Probation.

On the 7th day of June, 2000, this Court sentenced the defendant to a period of supervised probation imposing certain terms and conditions for the defendant to comply with.

The Defendant has entered a "No-Contest" Plea.

ORDERED AND ADJUDGED that the Defendant's Probation is modified as follows: The defendant, Louis Bologno, shall participate in the home confinement/electronic monitoring program for a period of four (4) months. During this time, the defendant shall maintain at his place of residence except for employment and other activities approved in advance by the U.S. Probation Officer. The defendant shall maintain a telephone at his place of residence without "call forwarding", "call waiting", a modem, "caller id", or "call back", "call block" services for the above period. The defendant shall wear an electronic monitoring device and follow the electronic monitoring procedure specified by the U.S. Probation Officer. The cost of electronic monitoring shall be waived so the defendant can continue to pay restitution. Any other conditions previously imposed are continued.



DONE AND ORDERED at the United States District Court, Fort Lauderdale, Florida this 9th day of April, 2001.

WILLIAM P. DIMITROULEAS
United States District Judge

cc: Dana Washington, AUSA
　　 Fred Haddad, Esq.
　　 U.S. Probation Office
　　 U.S. Marshal  (3 certified)