ERS:sgw

Fax #530-7195

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No.00-6016-CR-DIMITROULEAS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

LOUIS BOLONGO,

    Defendant.
_____



### SATISFACTION OF JUDGMENT AND RELEASE OF LIEN

    Plaintiff, United States of America, through its undersigned United States Attorney for the Southern District of Florida, does hereby release and relinquish the lien of that certain Judgment entered by the United States District Court for the Southern District of Florida, against Defendant, Louis Bolongo. A Notice of Lien relating thereto was duly recorded on January 22, 2001 in the Public Records Book 31204 Page 0355 of Broward County, Florida.

    Said lien is relinquished as the $31,207.90 restitution was paid in full.



The Clerk of the United States District Court for the Southern District of Florida is hereby authorized and empowered to cancel said judgment of record.

Respectfully submitted,

GUY A. LEWIS
UNITED STATES ATTORNEY

Witness my hand and seal this
____ day of _____, A.D. 2001

Signed, Sealed and Delivered in
Presence of:

_____
Catrina Bryant

_____
Colleen Perez

By: _____
Mary F. Dooley
Assistant U.S. Attorney
99 N.E. 4th Street, #316
Miami, Florida 33132-2111
(305) 961-9311
Fla. Bar No. 112933

STATE OF FLORIDA,
COUNTY OF DADE,

I HEREBY CERTIFY that on this day, before me, an officer duly authorized in the State aforesaid and in the County aforesaid, to take acknowledgments, personally appeared Mary F. Dooley, Assistant U.S. Attorney to me known to be the person described in and who executed the foregoing instrument and she acknowledged before me that she executed the same.

WITNESS my hand and official seal in the County and State last aforesaid this _____ day of _____, A.D. 2001.

_____
NOTARY PUBLIC, State of Florida
Rolando A. Leon

DID not take an oath

My Commission Expires:

This Instrument prepared by:  MARY F. DOOLEY
Assistant U.S. Attorney
99 NE 4th Street, #316
Miami, Florida 33132-2111