PROB 12C  
(SD/FL 9/96)

SD/FL PACTS No. 62582

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. <u>00-6016-CR-DIMITROULEAS</u>

### PETITION FOR WARRANT OR SUMMONS FOR OFFENDER UNDER SUPERVISION

Name of Offender: Louis Bologno
Name of Sentencing Judicial Officer: The Honorable William P. Dimitrouleas, Judge,
United States District Court, Fort Lauderdale, Florida

Date of Original Sentence: June 7, 2000

Original Offense:   Count 1: Failure to Disclose Employment and Earnings to the Social Security Administration, in violation of Title 42, U.S.C. § 408(a)(4), a Class "D" felony.

Original Sentence:   Five (5) years probation, with the following special conditions: 1) The defendant shall participate in the Home Confinement Electronic Monitoring Program for a period of six (6) months. During this time, the defendant shall remain at his place of residence except for employment and other activities approved in advance by the U.S. Probation Officer. The defendant shall maintain a telephone at his place of residence without "call forwarding", " call waiting", a modem, " caller ID", or "call block" services for the above period. The defendant shall pay for the electronic monitoring equipment at the rate of $4.35 per day or in accordance with his ability to pay as determined by the U.S., Probation Officer; 2)The defendant shall participate in an approved treatment program for drug and or alcohol abuse as directed by the U.S. Probation Officer. Participation may include inpatient/outpatient treatment, if deemed necessary . The defendant will contribute to the cost of services rendered in an amount determined by the U. S. Probation Officer, based on ability to pay or availability of third party payment; 3) The defendant shall not incur any further debt, including but not limited to loans, lines of credit or credit card charges, either as principal or cosigner, as an individual or through any corporate entity, without first obtaining permission from the U.S. Probation Officer; and 4) The defendant shall provide complete access to financial information, including disclosure of all business and personal finances to the U.S. Probation Officer. He was ordered to pay $31,207.90 in restitution, and was



` PROB 12C                                                   SD/FL PACTS No. 62582
(SD/FL 9/96)

NAME OF OFFENDER: LOUIS BOLOGNO          CASE NO. 00-6016-CR-DIMITROULEAS

assessed $100. On April 6, 2001, his probation was modified to include four (4) months home confinement/electronic monitoring.

Type of Supervision: Probation          Date Supervision Commenced: June 7, 2000

Assistant U.S. Attorney:                Defense Attorney:
Kathleen Rice                           Fred Haddad

## PETITIONING THE COURT

[X]   To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | **Violation of Standard Condition**, by failing to follow the instructions of the U. S. Probation Officer. On July 18, 2002, the probationer refused to sign the authorization necessary to conduct a credit check |
| 2. | **Violation of Standard Condition**, by failing to follow the instructions of the U. S. Probation Officer. On August 7, 2002, the probationer refused to sign the authorization necessary to conduct a credit check. |

U.S. Probation Officer Recommendation:

    []   The term of supervision should be
    []   revoked.
    []   extended for _ years, for a total term of _ years.

    [X]  The conditions of supervision should be modified as follows:

**The defendant shall sign the authorization necessary to conduct a credit bureau investigation, to assure he is complying with previously ordered**

PROB 12C  
(SD/FL 9/96)

SD/FL PACTS No. 62582

NAME OF OFFENDER: LOUIS BOLOGNO            CASE NO. 00-6016-CR-DIMITROULEAS

special conditions, prohibiting the incurrence of new debt, loans, lines of credit or new charge cards without obtaining permission from the U.S. Probation Office.

Respectfully submitted,

by  Lawrence Martin  
U.S. Probation Officer  
Phone: (954)769-5518  
Date: August 13, 2002

LAM/dem

Reviewed by: _____  
Carolyn M. Gamble, Supervising  
U. S. Probation Officer

---

## THE COURT ORDERS:

[X] No Action  
[ ] The Issuance of a Warrant  
[ ] The Issuance of a Summons  
[ ] Submit a Request for Modifying the Conditions or Term of Supervision

_____  
Signature of Judicial Officer

_____  
Date