UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6016CR-DIMITROULEAS

UNITED STATES OF AMERICA,
    Plaintiff,

-vs-

LOUIS BOLOGNA,
    Defendant.
_____/



## MOTION FOR STATUS CONFERENCE

COMES NOW the Defendant, Louis Bologno, through his counsel undersigned and makes this Motion for Status Conference and would state as follows:

1. The Defendant was placed on probation by this Court.

2. The Defendant was ordered to pay restitution in the amount of approximately $31,000.00.

3. The Defendant has paid in full all that restitution.

4. The Defendant, with permission of the probation officer, Dave Sutherland, started his own pool service company.

5. The Defendant has had to sign several TRW requests for the Government [probation] for credit reports.

6. The Defendant has abided all conditions, however, every time a TRW request is made by the Government it lowers the Defendant's "decon" score and shows on any report which affects the Defendant's business.

7. The Defendant has not hidden anything, the Defendant, through his accountant, sends his books and records to the probation department at all times.



8. The Defendant is trying to keep a successful business going in spite of his disabilities and the Defendant therefore requests a status conference, as he has no intentions to not comply with the probation requirements.

WHEREFORE the Defendant requests this Motion be granted.

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished to Kathleen Rice, Esq., Office of the United States Attorney, 500 E. Broward Blvd., 7th Floor, Fort Lauderdale, Florida 33301 and Dave Sutherland, Probation, 299 E. Broward Blvd., Fort Lauderdale, Florida 33301, this 3rd day of September, 2002.

FRED HADDAD, P.A.
One Financial Plaza, Suite 2612
Fort Lauderdale, Florida 33394
Tel: (954) 467-6767

By: _____
FRED HADDAD
Florida Bar Number 180891