UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

LOUIS BOLOGNA,

Defendant.
_____/

CASE NO. 00-6016-CR-DIMITROULEAS

FILED by _____ D.C.

SEP 0 9 2002

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

### ORDER

THIS CAUSE having come before the Court on the Defendant's Motion For Status Conference [DE-48], and the Court having been duly advised, it is hereby

ORDERED AND ADJUDGED that said motion is hereby referred to U.S. Magistrate Judge Barry S. Seltzer for a report and recommendation.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 9 day of September, 2002.

_____
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Fred Haddad, Esquire
One Financial Plaza, #2612
Ft. Lauderdale, Florida 33394

Kathleen Rice, AUSA
Dave Sutherland, USPO
Honorable Barry S. Seltzer, US Magistrate Judge

