## COURT MINUTES

### U.S. MAGISTRATE JUDGE BARRY S. SELTZER - FORT LAUDERDALE, FLORIDA

DEFT: LOUIS BOLOGNA (B)     CASE NO: 00-6016-CR-Dimitrouleas

AUSA: Kathleen Rice *present*     ATTY: Fred Haddad *present*

AGENT: USPO: Laurence Martin *present*     VIOL:

PROCEEDING: Status re probation     RECOMMENDED

BOND HEARING HELD - yes / no terms     COUNSEL APPOINTED:

BOND SET @:     To be cosigned by:

*FILED by ___ D.C. INTAKE SEP 24 2002 CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. OF FLA. - FT. LAUD.*

- ☐ Do not violate any law.
- ☐ Appear in court as directed.
- ☐ Surrender and / or do not obtain passports / travel documents.
- ☐ Rpt to PTS as directed / or ____ x's a week/month by phone; ____ x's a week/month in person.
- ☐ Random urine testing by Pretrial Services. ____ Treatment as deemed necessary.
- ☐ Maintain or seek full - time employment.
- ☐ No contact with victims / witnesses.
- ☐ No firearms.
- ☐ Curfew: ____
- ☐ Travel extended to: ____
- ☐ Halfway House ____

Re: Credit Reporting (no access by USPO by TRW)

Ct. will do an R&R that USPO can check w/ TRW once a year.

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|
| INQUIRY RE COUNSEL: | | | | |
| PTD/BOND HEARING: | | | | |
| PRELIM/ARRAIGN. OR REMOVAL: | | | | |
| STATUS CONFERENCE: | | | | |

DATE: 9-24-02   TIME: 11:00am   FTL/BSS TAPE # 02- 068   Begin: 2675   End: 3710

