UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-6016-CR-DIMITROULEAS

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

LOUIS BOLOGNA,

    Defendant.

_____/



### REPORT AND RECOMMENDATION TO DISTRICT JUDGE

THIS CAUSE is before the Court on the Motion for Status Conference filed by the defendant, Louis Bologna. The motion was referred to United States Magistrate Judge Barry S. Seltzer pursuant to Magistrate Rule 1(c) and (d), Local Rules of the United States District Court for the Southern District of Florida.

On September 6, 2002, the defendant filed a Motion for Status Conference. In the motion, he represents that as a condition of probation he had to sign several requests to TRW to allow the Probation Office to obtain his credit reports. He further represents that each request that is made of TRW lowers his "deacon" score, a measure that affects his ability to obtain business credit. The defendant asserts that he has not concealed any financial information from the Probation Office and has provided books and records



whenever requested. He asks, therefore, that the Court direct the Probation Office to refrain from requesting his TRW reports.

On September 24, 2002, the undersigned conducted a hearing on the motion. The Government acknowledged that twice each year the Probation Office has accessed the defendant's TRW reports;[1] it does so to ensure that the defendant is complying with the probation condition prohibiting new debt. The Government argues that without such TRW reports, the Probation Office would have no option but to rely upon the representations of the defendant, who is on probation for falsely reporting his employment and earnings. The Government, however, stated that it was amendable to reducing the frequency of its TRW inquires from two times per year to one time per year.

The undersigned deems the Government's proposal a reasonable solution. The one time per year inquiry would reduce the impact on the defendant's credit rating while still allowing the Probation Office to verify his compliance with the terms of his probation. Accordingly, the undersigned RECOMMENDS that the probation office be directed to conduct a TRW inquiry of the defendant one time per year.

The parties will have ten (10) days from the date of being served with a copy of this Report and Recommendation within which to file written objections, if any, with the Honorable William P. Dimitrouleas, United States District Judge. Failure to file objections timely shall bar the parties from a de novo determination by the district judge of an issue

---

[1] The Government disputes that the Probation Office's requests of TRW affect the defendant's credit rating. For purposes of this motion, however, the undersigned accepts the defendant's assertion as true.

covered in the report and shall bar the parties from attacking on appeal factual findings accepted or adopted by the district court except upon grounds of plain error or manifest injustice. See 28 U.S.C. § 636(b)(1); Nettles v. Wainwright, 677 F.2d 404, 410 (5th Cir. Unit B 1982)(en banc).

DONE AND SUBMITTED at Fort Lauderdale, Florida, this 25th day of September 2002.

BARRY S. SELTZER
United States Magistrate Judge

Copies to:

Honorable William P. Dimitrouleas
United States District Judge

Kathleen Rice, Esquire
Assistant United State Attorney
500 East Broward Boulevard, 7th Floor
Fort Lauderdale, Florida 33301

Fred Haddad, Esquire
One Financial Plaza, Suite 2612
Fort Lauderdale, Florida 33394
Counsel for Defendant