UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

LOUIS BOLOGNA,

    Defendant.

_____/

CASE NO. 00-6016-CR-DIMITROULEAS

FILED by _____ D.C.

OCT 16 2002

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## ORDER APPROVING REPORT AND RECOMMENDATION

THIS CAUSE is before the Court upon the Report and Recommendation [DE-51] of Magistrate Judge Barry S. Seltzer, filed September 25, 2002. The Court notes that the Defendant, Louis Bologna, has not filed any objections to the Report and Recommendation, and that the time for filing such objections passed.

Even though no timely objections were filed, the Court has conducted a <u>de novo</u> review of the report and recommendation, and is otherwise fully advised in the premises. This Court agrees with the reasoning and analysis of the Magistrate Judge that probation conduct one TRW inquiry per year.

Accordingly, it is ORDERED AND ADJUDGED as follows:

The Magistrate Judge's Report and Recommendation is hereby ADOPTED.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 16 day of October, 2002.

_____
WILLIAM P. DIMITROULEAS
United States District Judge

1



Copies furnished to:

Fred Haddad, Esquire
1 Financial Plaza, #2612
Ft. Lauderdale, Florida 33394

Kathleen Rice, AUSA

Dave Sutherland, USPO

Honorable Barry S. Seltzer, US Magistrate Judge