UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6016CR-DIMITROULEAS

UNITED STATES OF AMERICA,
    Plaintiff,

vs.

LOUIS BOLOGNA,
    Defendant.
_____/



## MOTION FOR MODIFICATION OF PROBATION

COMES NOW the Defendant, Louis Bologna, through counsel undersigned and makes this Motion for Modification of Probation and would state as follows:

1. The Defendant, prior to his arrest in this case, had a pending trafficking charge in State Court as the Court was made aware at sentencing.

2. That the Defendant's case is at a juncture in State Court where certain charges have been dismissed, however the State agency is desirous of having some cooperation agreement with the Defendant.

3. The undersigned believes that the Defendant needs approval from this Court and the Probation Department to so do.

4. The Defendant has a minor child that he is sole custodian of whom he would lose if he were to go to prison.

WHEREFORE the Defendant would request this Motion be granted.

