UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6016CR-DIMITROULEAS

UNITED STATES OF AMERICA,
 Plaintiff,

vs.

LOUIS BOLOGNA,
 Defendant.
_____/

FILED by _____ D.
OCT 28 2003
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD

## ORDER

THIS CAUSE having come before the Court on the Defendant's **MOTION FOR MODIFICATION OF PROBATION**, and the Court having been duly advised, it is hereby

ORDERED AND ADJUDGED that said Motion is hereby _Granted._ _Probationer may cooperate with the Authorities._

DONE AND ORDERED in Fort Lauderdale, Florida, this 28 day of October, 2003.

_[signature]_
U.S. District Judge/~~Magistrate~~ Judge

cc: Fred Haddad, Esq.
  ~~Kathleen Rice, Esq.~~, Office of the United States Attorney
  U.S. Probation