UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,           CASE NO. 00-6016-CR-DIMITROULEAS

    Plaintiff,

vs.

LOUIS BOLOGNA,

    Defendant.
_____/



## ORDER DENYING STATUS CONFERENCE AS MOOT

THIS CAUSE is before the Court upon a review of the docket, on September 6, 2002, Defendant filed a Motion for Status Conference [DE 48]. It was referred to Magistrate Judge Barry S. Seltzer who filed a report on September 25, 2002. The Court approved that report on October 16, 2002. [DE 52].

Wherefore, Defendant's Motion for Status Conference [DE 48] is **DENIED AS MOOT**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 28 day of July, 2005.

                                                WILLIAM P. DIMITROULEAS
                                                United States District Judge

Copies furnished to:

Fred Haddad, Esq.
U.S. Attorney's Office